### JONES *v.* COOLIDGE BANKING COMPANY.

PER CURIAM. Under the pleadings and the evidence in the case, the verdict directed by the court was the only verdict that could properly have been rendered; and there was no error in refusing a new trial. *Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 43. JANUARY 16, 1918.

Claim. Before Judge Thomas. Thomas superior court. December 2, 1916.

*Clifford E. Hay,* for plaintiff in error.

*Titus, Dekle & Hopkins,* contra.